| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>CARMELA T. PAGAY (State Bar No. 195603)<br>ctp@lnbyb.com<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California  90067<br>Telephone:  (310) 229-1234<br>Facsimile:   (310) 229-1244<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Timothy J. Yoo, Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 27 2022**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez  DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br><br>ALEXANDER SIHITH KEO,<br><br><br><br><br>                                                                  Debtor(s)<br>TIMOTHY J. YOO, Chapter 7 Trustee,<br><br><br><br>                                                                 Plaintiff(s)<br>vs.<br><br>PRAPEAR C. KEO,<br><br><br><br><br>                                                                Defendant(s) | CASE NO.: 2:22-bk-13761-ER<br>CHAPTER: 7<br><br>ADVERSARY NO.: 2:22-ap-01176-ER<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE:  [No Hearing Required]<br>TIME:<br>COURTROOM: 1568<br>PLACE: U.S. Bankruptcy Court<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): <u>Timothy J. Yoo, Chapter 7 Trustee</u>
   and against Defendant (*specify name*): <u>Prapear C. Keo</u>

2. a. ☐ Plaintiff is awarded damages in the following amount:                              $_____
   b. ☐ Plaintiff is awarded costs in the following amount:                                   $_____
   c. ☐ Plaintiff is awarded attorney fees in the following amount:                    $
   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): _____

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                  Page 1                                            F 7055-1.2.DEFAULT.JMT

  e. ☒ Plaintiff is granted the following relief (*specify*):

The Trustee may sell the real property located at 2194 Pasadena Avenue, Long Beach, California 90806 in its entirety, including the interest of defendant Prapear C. Keo ("Prapear") pursuant to 11 U.S.C. § 363(h).

The Property is legally described as follows:

LOT 2 AND THE NORTH 10 FEET OF LOT 4 OF THE MAYHEW TRACT, IN THE CITY OF LONG BEACH, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 5, PAGE 163 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

A.P.N. 7208-029-004

Prapear shall turn over the Property to the Trustee pursuant to 11 U.S.C. § 542.

  ☐ See attached page

3. ☐ This judgment or claim is determined to be non-dischargeable under: ☐ Bankruptcy Code §523(a) _____
  ☐ Other (*specify*):

4. ☐ The court further orders:

  ☐ See attached page

###

Date: December 27, 2022

*[Signature]*

Ernest M. Robles
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 2  F 7055-1.2.DEFAULT.JMT